Argued and submitted January 7, affirmed January 29, 2020

In the Matter of the Compensation of
Amanda Cooper, Claimant.

Amanda COOPER,
*Petitioner,*

*v.*

TRAVELERS INSURANCE COMPANY
and Brown Group Retail,
*Respondents.*

Workers' Compensation Board
1402678; A166757

456 P3d 689

Julene M. Quinn argued the cause and filed the briefs for petitioner.

Alexander F. Sargent argued the cause for respondents. Also on the brief was MacColl Busch Sato, PC.

Before Lagesen, Presiding Judge, and Powers, Judge, and Landau, Senior Judge.

PER CURIAM

Affirmed. *Hammond v. Liberty Northwest Ins. Corp.*, 296 Or App 241, 437 P3d 269 (2019).